**FILED**

FEB 1 2 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Melvin Crosby Bey, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 09 0284 |
| ) | |
| Dr. George C. Zoley *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED. It is

FURTHER ORDERED that this complaint is DISMISSED for failure to state a claim

upon which relief may be granted, 28 U.S.C. § 1915(e)(2)(B)(ii), and because supplemental

jurisdiction over the state common law claims is declined, 28 U.S.C. § 1367(c)(3).

This is a final appealable order. *See* Fed. R. App. P. 4.

Date: 2/4/09

Ellen S Huck
United States District Judge

